UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REYNOLDS AND REYNOLDS COMPANY, an Ohio corporation; and REYNOLDS AND REYNOLDS HOLDINGS, INC., a Delaware corporation,<br><br>           Plaintiffs,<br><br>     v.<br><br>ALTERNATIVE SOURCE, INC., a California corporation; SKOT WALLER, individually; and SKOT WALLER, d/b/a DEALERDOCS,<br><br>           Defendants. | Case No.  CV-12-10717-GAF (SHx)<br><br>*Assigned for all purposes to the Honorable Gary A. Feess*<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER** |

1  Having reviewed the parties' Stipulated Protective Order and other papers
2  filed by the parties in connection therewith, and being otherwise fully advised in the
3  involved matters, the Stipulated Protective Order is hereby GRANTED.

5  IT IS SO ORDERED. October 11, 2013

_____
HONORABLE STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE