JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Reynolds and Reynolds Company, an Ohio corporation; and Reynolds and Reynolds Holdings, Inc., a Delaware corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>Alternative Source, Inc., a California corporation; Skot Waller, individually; and Skot Waller, d/b/a DealerDocs,<br><br>    Defendants. | Case No.  CV-12-10717-GAF (SHx)<br><br>*Assigned for all purposes to the Honorable Gary A. Feess*<br><br>**ORDER GRANTING STIPULATION FOR STAY AND REMOVAL OF CASE FROM ACTIVE CALENDAR** |

   The parties' Stipulation for Stay and Removal of Case from Active Calendar is hereby granted.   This case is hereby stayed and removed from the active calendar, and all currently scheduled dates are hereby vacated.

   / / /

ORDER GRANTING STIPULATION FOR STAY AND REMOVAL OF CASE FROM ACTIVE CALENDAR

The parties shall file a written report on the status of settlement negotiations on or before June 30, 2014.

**IT IS SO ORDERED.**

Dated:  May 9, 2014

JS-6

_____
GARY ALLEN FEESS
United States District Judge

778462.1

ORDER GRANTING STIPULATION FOR
STAY AND REMOVAL OF CASE FROM
ACTIVE CALENDAR